IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

Edward Medrano, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

Akima Global Services, LLC,

    Defendant.

Case No. 1:22-cv-00046

## ORDER GRANTING APPROVAL OF SETTLEMENT

Before the Court is the Parties' Agreed Motion for Approval of Settlement and Dismissal of Claims with Prejudice by Named Plaintiff, Edward Medrano, on behalf of himself and all others similarly situated ("the Settlement Class Members"), and Defendant Akima Global Services, LLC. The Court has considered the Settlement Agreement attached as Exhibit 1 to the Parties' Motion for Approval, including the Notice Materials, and hereby finds and Orders as follows:

1. The Court finds that the settlement terms memorialized in the Settlement Agreement, and filed with the Court falls within the range of reasonableness and, therefore, meets the requirements for approval.

2. The Court grants approval of the Parties' Settlement Agreement.

3. The Court approves the full and final extinguishment of the Released Claims of the Settlement Class Members as set forth in the Settlement Agreement as a fair and reasonable resolution of a bona fide dispute under the Fair Labor Standards Act ("FLSA").

4. The Court appoints, for settlement purposes only, Ricardo J. Prieto of Shellist Lazarz Slobin LLP, as Class Counsel for the purposes of Settlement and the releases and other obligations therein.

5. The Notice to be provided as set forth in the Settlement Agreement is hereby found to be the best practicable means of providing notice under the circumstances and, when completed, shall constitute due and sufficient notice of the proposed Settlement. The Notice is accurate, objective, and informative and provides the Settlement Class Members with all of the information necessary to make an informed decision regarding their participation in the settlement and its fairness.

6. The Notice of Settlement of the Lawsuit, attached to the Settlement Agreement as Exhibit A, is approved. Notice is authorized to the Settlement Class Members as provided in the Settlement Agreement.

7. The Court further dismisses this Lawsuit, brought herein by Plaintiff on behalf of himself and all others similarly situated, with prejudice.

**IT IS SO ORDERED.**

_/s/ Claude M. Hilton_
**United States District Judge**
**Eastern District of Virginia**

Dated: Oct. 6, 2022